# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SWARM SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND DOES 1 through 9,<br><br>    Defendants. | Civil Action No. 11-cv-10801-WGY |

**NOTICE OF DISMISSAL OF DEFENDANT JOHN DOE NO. 6 ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC ("Liberty Media"), hereby dismisses this action with prejudice as to Defendant John Doe No. 6 only, who was associated with the Internet Protocol address 76.118.99.40 on November 27, 2010 at 23:03:05 UTC.

Dated: July 1, 2011

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.  A copy was sent via email to counsel for Doe No. 6. As the identities of the remaining Defendants are unknown at this time, Plaintiff is unable to serve them.

        /s/ Aaron Silverstein
        Aaron Silverstein