## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LIBERTY MEDIA HOLDINGS, LLC,

        Plaintiff,

    v.

SWARM SHARING HASH FILE
A3E6F65F2E3D672400A5908F64ED55B66A
0880B8; AND DOES 1 through 9,

        Defendants.

Civil Action No. 11-cv-10801-WGY

## PLAINTIFF'S EX PARTE MOTION FOR A 90 DAY ENLARGEMENT OF TIME
## TO SERVE COMPLAINT

The plaintiff Liberty Media Holdings, LLC ("Liberty") respectfully moves *ex-parte* for an order pursuant to Federal Rule of Civil Procedure 4(m) to enlarge the period of time to effect service by 90 days.  Liberty has acted diligently to identify the anonymous John Doe infringers, but it requires additional time to obtain all subscriber records and to complete its preliminary good faith investigation.  Thus, it requests that its time to serve the complaint be extended through and including December 2, 2011.

In support of this motion, Liberty relies on the attached Memorandum of Law.

Dated: August 25, 2011

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the above referenced date, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein      
Aaron Silverstein
