# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SWARM SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND DOES 1 through 9,<br><br>      Defendants. | Civil Action No. 11-cv-10801-WGY |

## PLAINTIFF'S RENEWED MOTION FOR A
## 90 DAY ENLARGEMENT OF TIME TO SERVE COMPLAINT

The plaintiff Liberty Media Holdings, LLC ("Liberty") respectfully moves *ex-parte* for an order pursuant to Federal Rule of Civil Procedure 4(m) to enlarge the period of time to effect service by 90 days, through and including March 1, 2012. Liberty is prepared to amend the complaint to name defendants and then complete service on the named defendants, none of whom have been previously served. It requests additional time, however, (1) to allow the remaining John Doe defendants a final opportunity to present any special circumstances to the Court that would warrant allowing them to proceed anonymously, and (2) so that, once the complaint is amended, Liberty has time to efficiently complete service with the waiver procedure set forth in Fed. R. Civ. P. 4(d).

This renewed motion is made in light of the Court's order of November 9, 2011, denying Liberty's motion to enlarge without prejudice to be renewed "not on an ex parte basis, but upon service on each of the defendants who have been served." Liberty has not yet served any defendants, but rather requests the additional time so it can efficiently comply service by implementing the following schedule for amending and serving the complaint:

(1) If the present motion is granted, Liberty will send notice to the remaining John Doe defendants that the complaint will be amended in 21 days, and their identities thereby disclosed, unless they move the Court to allow them to proceed anonymously.

1

(2) After the deadline passes and any motions to proceed anonymously are resolved, Liberty will file the First Amended Complaint, naming the remaining doe Defendants.

(3) Liberty will then request waiver of service for the First Amended Complaint, pursuant to Fed. R. Civ. P. Rule 4(d).  After the 30 day time period passes, Liberty will then serve by hand any defendants who refuse to waive service.


Dated: November 10, 2011                    Respectfully submitted,

                                            LIBERTY MEDIA HOLDINGS, LLC

                                            By its attorneys,

                                            /s/ Aaron Silverstein
                                            Aaron Silverstein, Esq.
                                            (BBO #660716)
                                            SAUNDERS & SILVERSTEIN LLP
                                            14 Cedar Street, Suite 224
                                            Amesbury, MA 01913
                                            P: 978-463-9100
                                            F: 978-463-9109
                                            E: asilverstein@massiplaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the above referenced date, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                            /s/ Aaron Silverstein
                                            Aaron Silverstein