UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION #
11-CV-10801-WGY

FILED
CLERKS OFFICE
2012 FEB 13  P 1: 03
U.S. DISTRICT COURT
DISTRICT OF MASS

LIBERTY MEDIA HOLDING, LLC,
                                            PLAINTIFF
V.
SWARM SHARING HASH FILE
A3E6F65F2E3D672400A5908F64ED-
55B66A0880B8 AND COMPRISING
GISELE AZAR, TIMOTHY KIM, PHILLIP
DUDAS, JOHN DAY, AND JOHN DOES 10-13,
                                            DEFENDANTS

ANSWER AND JURY CLAIM OF DEFENDANT, GISELE AZAR

1.  Defendant is without sufficient information to either admit or deny.
2.  Defendant is without sufficient information to either admit or deny.
3.  Defendant denies.
4.  Defendant is without sufficient information to either admit or deny.
5.  Defendant denies.
6.  Defendant is without sufficient information to either admit or deny.
7.  Defendant denies.
8.  Defendant denies.
9.  Defendant denies.
10. Defendant is without sufficient information to either admit or deny.
11. Defendant denies.
12. Defendant is without sufficient information to either admit or deny.
13. Defendant denies.
14. Defendant denies.
15. Defendant is without sufficient information to either admit or deny.
16. Defendant denies.
17. Defendant denies.
18. Defendant denies.
19. Defendant denies.
20. Defendant denies.
21. Defendant is without sufficient information to either admit or deny.
22. Defendant denies.
23. Defendant is without sufficient information to either admit or deny.
24. Defendant denies.
25. Defendant is without sufficient information to either admit or deny.
26. Defendant denies.
27. Defendant is without sufficient information to either admit or deny.
28. Defendant is without sufficient information to either admit or deny.
29. Defendant is without sufficient information to either admit or deny.
30. Defendant is without sufficient information to either admit or deny.
31. Defendant is without sufficient information to either admit or deny.
32. Defendant is without sufficient information to either admit or deny.

33. Defendant is without sufficient information to either admit or deny.
34. Defendant is without sufficient information to either admit or deny.
35. Defendant is without sufficient information to either admit or deny.
36. Defendant is without sufficient information to either admit or deny.
37. Defendant denies.
38. Defendant is without sufficient information to either admit or deny.
39. Defendant is without sufficient information to either admit or deny.
40. Defendant is without sufficient information to either admit or deny.
41. Defendant denies.
42. Defendant denies.
43. Defendant denies.
44. Defendant denies.
45. Defendant denies.
46. Defendant is without sufficient information to either admit or deny.
47. Defendant denies.
48. Defendant denies.
49. Defendant denies.
50. Defendant denies.
51. Defendant denies.
52. Defendant denies.
53. Defendant denies.
54. No response required.
55. Defendant denies.
56. Defendant denies.
57. Defendant denies.
58. Defendant denies.
59. Defendant denies.
60. Defendant denies.
61. No response required.
62. Defendant is without sufficient information to either admit or deny.
63. Defendant is without sufficient information to either admit or deny.
64. Defendant denies.
65. Defendant denies.
66. Defendant denies.
67. Defendant is without sufficient information to either admit or deny.
68. Defendant denies.
69. Defendant denies.
70. Defendant denies.
71. Defendant denies.
72. No response required.
73. Defendant denies.
74. Defendant is without sufficient information to either admit or deny.
75. Defendant is without sufficient information to either admit or deny.
76. Defendant is without sufficient information to either admit or deny.
77. Defendant denies.
78. Defendant denies.
79. Defendant is without sufficient information to either admit or deny.
80. Defendant denies.
81. Defendant denies.

82. Defendant denies.
83. Defendant denies.
84. Defendant is without sufficient information to either admit or deny.
85. Defendant denies.
86. Defendant denies.
87. Defendant denies.
88. Defendant denies.
89. Defendant denies.
90. Defendant denies.
91. Defendant denies.
92. Defendant denies.
93. Defendant denies.
94. Defendant denies.
95. No response required.
96. Defendant denies.
97. Defendant denies.
98. Defendant denies.
99. Defendant denies.
100. Defendant denies.
101. Defendant denies.
102. Defendant denies.
103. Defendant denies.
104. Defendant denies.
105. Defendant denies.
106. Defendant denies.
107. Defendant denies.

### FIRST DEFENSE

Defendant states that plaintiff's complaint fails to set forth facts constituting a cause of action upon which relief can be granted and therefore plaintiff cannot recover.

### SECOND DEFENSE

Defendant states that plaintiff has failed to properly serve her and therefore the complaint ought to be dismissed.

**DEFENDANT DEMANDS A JURY TRIAL.**

Wherefore, Defendant Gisele Azar prays that this frivolous complaint against her be dismissed with prejudice and that this Honorable Court award her her costs, attorneys fees and any other relief that the Court find to be reasonable and just under the circumstances.

Gisele Azar
By her Attorney,

Thomas F. Mixon

BBO# 544704
630 Boston Road
Post Office Box 927
Billerica, MA 01821
P: 978-667-2300
F: 978-528-5391
E: tfjm1@aol.com

Dated: February 9, 2012

## CERTIFICATE OF SERVICE

I, Thomas F. Mixon, attorney for the defendant, Gisele Azar do hereby certify that I have served a copy of the foregoing documents, this 9th day of February, 2012 on Aaron Silverstein, Esquire, SAUNDERS & SILVERSTEIN LLP, 14 Cedar Street, Suite 224, Amesbury, MA 01913 by first class mail, postage prepaid.

_____
Thomas F. Mixon

2012 FEB 13 P 1: 03
FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
MASS