UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SWARM SHARING HASH FILE AE3 et al.,<br><br>Defendants. | Civil Action No. 11-cv-10801-WGY |

## JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Rule 16.1(d) of the Local Rules of the United States District Court for the District of Massachusetts and Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiff Liberty Media Holdings, LLC and Defendant Gisele Azar hereby submit this Joint Statement in connection with the Scheduling Conference to be held on March 7, 2012:

1.   Proposed Discovery Plan

   a.   No later than March 30, 2012, all parties shall serve their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(a).

   b.   All fact discovery shall be concluded on or before August 31, 2012.

   c.   All non-expert depositions shall be concluded on or before August 31, 2012.

   c.   Designation of all expert witnesses, and the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert, shall be concluded on or before October 31, 2012.

  e. Rebuttal of all expert reports shall be concluded on or before December 31, 2012.

  f. All expert depositions shall be concluded on or before January 31, 2013.

  g. Dispositive motions shall be filed on or before March 29, 2013.

  h. Subject to the Court's schedule, the parties anticipate trial to occur during May 2013.

  2. <u>Certification</u>

The certifications required by Local Rule 16.1(d)(3) will be filed on or before March 23, 2012.

  3. <u>Trial by Magistrate Judge</u>

The parties do not consent to a trial by a Magistrate Judge at this time.

  4. <u>Settlement</u>

Pursuant to Local Rule 16.1(c), the Plaintiff is seeking damages for the copyright infringement of an original motion picture created and owned by the Plaintiff. Alternately, the Plaintiff is seeking damages for negligence associated with the defendants allowing their computer networks to be used for the infringement of Plaintiff's motion picture. Plaintiff is seeking an injunction and statutory or actual damages from the infringement of Plaintiff's copyright.

Dated: ~~February 28~~, March 2, 2012

Respectfully submitted,

Liberty Media Holdings, LLC        Gisele Azar

By its attorneys,

/s/Aaron Silverstein
Aaron Silverstein
(BBO #660716)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913-1831
P: 978-463-9103
F: 978-463-9109
E :asilverstein@massiplaw.com

By her attorney,

Thomas F. Mixon
(BBO #544704)
630 Boston Road
Post Office Box 927
Billerica, MA 01821
P: 978-667-2300
F: 978-528-5391
E: tfjm1@aol.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein