## **EXHIBIT C**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SWARM SHARING HASH FILE A3E et al.,<br><br>Defendants. | Civil Action No. 11-cv-10801-WGY |

## **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PRESENTED BY DEFENDANT GISELE AZAR PURSUANT TO FED. R. CIV. P. 68**

1. Plaintiff Liberty Media Holdings ("Liberty") hereby accepts the entry of judgment to be taken against Defendant Gisele Azar ("Defendant") pursuant to Rule 68 of the Federal Rules of Civil Procedure.

2. The terms of judgment are set forth in Defendant's Offer of Judgment, received by Liberty via facsimile on March 6, 2012, and which is attached as Exhibit A to this Notice.

3.   Upon Entry of this Judgment, the Plaintiff hereby dismisses Defendant, who is the last remaining defendant in this action, from this action with prejudice, and without costs to any party as against the other.

Dated: March 6, 2012

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/Aaron Silverstein